**528971**

# EXHIBIT 4

# HOPKINS' INVESTMENT IN WANG & LEE



[RESALE PROSPECTUS ALTERNATE PAGE]

**SELLING SHAREHOLDERS**

The Ordinary Shares being offered for resale by the Selling Shareholders consist of a total of 1,400,000 Ordinary Shares, which was purchased by the Selling Shareholders on [insert date].

The following table sets forth information with respect to the number of Ordinary Shares beneficially owned by the Selling Shareholders named below and as adjusted to give effect to the sale of the Ordinary Shares offered hereby. The table lists the number of Ordinary Share beneficially owned by the Selling Shareholders as of the date of this prospectus, the Ordinary Shares covered by this prospectus that may be disposed of by the Selling Shareholders, and the number of Ordinary Shares that will be beneficially owned by the Selling Shareholders assuming all of the Ordinary Shares covered by this prospectus are sold.

The Ordinary Shares beneficially owned have been determined in accordance with rules promulgated by the SEC, and the information is not necessarily indicative of beneficial ownership for any other purpose. The information in the table below is current as of the date of this prospectus. The Selling Shareholders may from time to time offer and sell pursuant to this prospectus any or all of the Ordinary Shares being registered. The Selling Shareholders are under no obligation to sell all or any portion of such Ordinary Shares nor are the Selling Shareholder obligated to sell any Ordinary Shares immediately upon effectiveness of this prospectus. All information with respect to share ownership has been furnished by the Selling Shareholders.

| Name | Shares Beneficially Owned Prior to Offering | Percent Beneficially Owned Prior to Offering[1] | Shares to be Offered | Amount Beneficially Owned After Offering | Percent Beneficially Owned After Offering[1] |
|---|---|---|---|---|---|
| Jason Hopkins | 50,000 | 0.37% | 50,000 | - | - |
| Camarillo Investments LLC[2] | 50,000 | 0.37% | 50,000 | - | - |
| John Dodero | 50,000 | 0.37% | 50,000 | - | - |
| Clayton Adams | 100,000 | 0.75% | 100,000 | - | - |
| Ikonia Fintech Capital AG[3] | 50,000 | 0.37% | 50,000 | - | - |
| Gregory Hoffman | 100,000 | 0.75% | 100,000 | - | - |
| Oleta Investments LLC[4] | 100,000 | 0.75% | 100,000 | - | - |
| Chris Etherington | 100,000 | 0.75% | 100,000 | - | - |
| Vertical Holdings, LLC[5] | 100,000 | 0.75% | 100,000 | - | - |
| Basestones Inc.[6] | 100,000 | 0.75% | 100,000 | - | - |
| Varkes Churkian | 100,000 | 0.75% | 100,000 | - | - |
| Robert Smith | 100,000 | 0.75% | 100,000 | - | - |
| Chow Shui Yan Jojo | 200,000 | 1.47% | 200,000 | - | - |
| Lee Kong Shun | 200,000 | 1.47% | 200,000 | - | - |

(1)     Based on 13,400,000 Ordinary Shares issued and outstanding as of March __, 2023.

(2)     Camarillo Investments LLC, a U.S. corporation is 100% owned by Jonathan Camarillo, who is also the Managing Member. Accordingly. Jonathan Camarillo has the sole voting and dispositive power over these shares. The address of Camarillo Investments LLC is 11422 Sugarbush Ridge Ln, Houston, TX 77089, United States.

(3)     Ikonia Fintech Capital AG, a Swiss corporation is 50% owned by Torben Pedersen and 50% owned by James Dominic Rupert Holmes. Both Messers Pedersen and Holmes are directors of Ikonia Fintech Capital AG . Accordingly, Torben Pedersen and James Dominic Rupert Holmes share joint voting and dispositive power over these shares. The address of Ikonia Fintech Capital AG is Hinterbergstrasse 49, 6312 Steinhausen, Switzerland.

(4)     Oleta Investments LLC, a U.S. corporation is 100% owned by Chris Etherington, who is also the Managing Member. Accordingly, Chris Etherington has sole voting and dispositive power over these shares. The address of Oleta Investments LLC is 48 Iron Trail, Ladera Ranch, CA 92694, United States.

(5)     Vertical Holdings, LLC, a U.S. corporation is 100% owned by Kevan Casey, who is also the Managing Member. Accordingly, Kevan Casey has sole voting and dispositive power over these shares. The address of Vertical Holdings, LLC is 9337 B Katy Fwy #296, Houston, TX 77024, United States.