UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JACK J. NICHOLS                 :
   *Plaintiff*               :
                            :
V.                          :     CASE NO. 4:26-cv-01105
                            :
KEVAN CASEY AND TABITHA   :
MARIE CASEY as administrator for  :
THE ESTATE OF KEVAN CASEY  :
   *Defendant*           :

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Before the Court is Defendant, Kevan Casey and Tabitha Marie Casey, as Administrator for the Estate of Kevan Casey's (collectively "Defendant") Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (the "Motion"). The Court, having considered the Motion, any response filed by Plaintiff, the applicable law, and the record in this case, is of the opinion that the Motion should be GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1.     Defendant's Motion to Dismiss is GRANTED in its entirety.

2.     Each of Plaintiff's federal claims brought pursuant to 42 U.S.C. § 1983, including but not limited to claims arising under the First, Fourth, Fifth, and Sixth Amendments to the United States Constitution, are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

3.     The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims pursuant to 28 U.S.C. § 1367(c). Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE.

013145.000005
173 - 7282418.1

4.   This case is DISMISSED.

5.   All pending motions, if any, are DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 20___.

_____
PRESIDING JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

**CRAIN, CATON & JAMES PC**

*/s/ Alexander W. Cohn*
Alexander W. Cohn
State Bar No. 24094100
Federal ID No. 3767094
1401 McKinney, Suite 1700
Houston, Texas 77010
Direct:  713.752.8602
Fax:  713.658.1921
Email:  acohn@craincaton.com
Attorneys for KEVAN CASEY AND TABITHA
MARIE CASEY as administrator for THE ESTATE
OF KEVAN CASEY

013145.000005
173 - 7282418.1