United States District Court
Southern District of Texas

**ENTERED**

May 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACK J NICHOLS | § | CIVIL NO. 4:26-CV-01105 |
| | § | |
| KEVAN CASEY and TABITHA CASEY | § | |
| | § | |
| | § | |
| | § | |

## SCHEDULING ORDER

1.    Trial:  Estimated time to try:                    ☐ Bench    ☒ Jury

2.    New parties must be joined by:                   8/31/26

  *Furnish a copy of this scheduling order to new parties.*

3.    The plaintiff's experts will be named with a report    12/15/26
      furnished by:

4.    The defendant's experts must be named with a report    1/15/27
      furnished by:

5.    Discovery must be completed by:                  2/15/27

  *Counsel may agree to continue discovery beyond the deadline,*
  *but there will be no intervention by the Court.  No continuance*
  *will be granted because of information acquired in post-deadline*
  *discovery.*

6a.   Dispositive Motions will be filed by:            3/15/27

6b.   Responses due by:                               4/15/27

7.    Non-Dispositive Motions will be filed by:        3/15/27

8. Parties will mediate the case by: 3/1/27

9. Joint pretrial order is due: 9/17/27

*The plaintiff is responsible for filing the pretrial order on time.*

10. Pretrial Conference is set for **1:30 PM** on: 10/18/27

11. Trial is set for **9:00 AM** on: 11/1/27
*The case will remain on standby until tried.*
    SIGNED this May 28, 2026

Peter Bray
United States Magistrate Judge