**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JACK J. NICHOLS,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:26-cv-01105 |
| **KEVAN CASEY and TABITHA MARIE** | § | |
| **CASEY, as Administrator for the** | § | JUDGE ANDREW S. HANEN |
| **Estate of Kevan Casey,** | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

Before the Court is Plaintiff's Objection and Response to Defendant's Motion to Dismiss and Plaintiff's Motion to Strike (Dkt. No. 11). The Court, having considered all pleadings and evidence of file, applicable law, and all responses and arguments of counsel, is of the opinion that Plaintiff's Motion to Strike should be DENIED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion to Strike is DENIED in its entirety.

IT IS SO ORDERED.


SIGNED this _____ day of _____, 2026.


_____
PRESIDING JUDGE

013145.000005
173 - 9001488.1

APPROVED AS TO SUBSTANCE AND FORM:

**CRAIN, CATON & JAMES PC**

*/s/ Alexander W. Cohn*
Alexander W. Cohn
State Bar No. 24094100
Federal ID No. 3767094
1401 McKinney, Suite 1700
Houston, Texas 77010
Direct:  713.752.8602
Fax:  713.658.1921
Email:  acohn@craincaton.com
Attorneys for KEVAN CASEY AND TABITHA
MARIE CASEY as administrator for THE ESTATE
OF KEVAN CASEY

2

013145.000005
173 - 9001488.1