**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JACK NICHOLS,<br>*Plaintiff,*<br><br><br>KEVAN CASEY and<br>TABITHA MARIE CASEY as<br>administrator for The ESTATE<br>OF KEVAN CASEY<br>*Defendants.* | § § § § § § § § § § § § | <br><br>Case No. 4:26-cv-01105<br><br><br><br>JURY TRIAL REQUESTED |

## CERTIFICATE OF INTERESTED PARTIES

NOW COMES Plaintiff Jack Nichols, and hereby certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that he believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such parties are:

1.  Jack Nichols, Plaintiff.

2.  Lloyd E. Kelley, Counsel for Plaintiff.

3.  Kevan Casey, Defendant.

    a.  Estate of Kevan Casey.

    b.  Vertical Holdings, LLC

    c.  XL Partners, LLC f/k/a Jinsun, LLC

    d.  KM Casey No. 1, LTD.

    e.  Far East Strategies, LLC, Kevan M. Casey affiliated entity.

    f.  Silver Creek Holdings Trust

g.      GSK Strategies, LLC

h.      Silver Star Holdings Trust

i.      Casey Family Trust, Kevan M. Casey affiliated entity.

j.      Casey Living Trust, Kevan M. Casey affiliated entity.

4.      Tabitha Marie Casey as administrator of the Estate of Kevan Casey, Defendant.

5.      Crain Caton & James, Counsel for Defendant.


Respectfully Submitted,

LLOYD E. KELLEY

*/s/ Lloyd E. Kelley*
Lloyd E. Kelley
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
***ATTORNEY FOR PLAINTIFF***


**CERTIFICATE OF SERVICE**

I certify that a copy of **CERTIFICATE OF INTERESTED PARTIES** was filed electronically via the CM/ECF system and served electronically to counsel of record on June 24, 2026.


*/s/ Lloyd E. Kelley*
Lloyd E. Kelley