United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACK NICHOLS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01105 |
| | § | |
| KEVAN CASEY, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before this Court is Plaintiff Jack Nichols's ("Plaintiff") Motion to Transfer or Reassign Related Cases (Doc. No. 9). Plaintiff requests this Court to transfer the above-styled matter to Judge George C. Hanks in the Southern District of Texas due to the related case, *Securities and Exchange Commission v. Kevan Casey*, No. 4:24-CV-02971, pending in his court. None of the Defendants in this case filed a response. Under this this Court's Local Rules, "[f]ailure to respond to a motion will be taken as a representation of no opposition." *See* Local Rule 7(D). Accordingly, by agreement of the Judges, this Court **GRANTS** Plaintiff's M Motion to Transfer or Reassign Related Cases (Doc. No. 9). This case is hereby **TRANSFERRED** to The Honorable George C. Hanks for further proceedings.

It is so ordered.

Signed on this the ___16___ day of July 2026.

_____
Andrew S. Hanen
United States District Judge